**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00145-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

        Plaintiff,

  v.

JOHN DOES 1-12,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**OF DEFENDANT JOHN DOE 3 PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendant John Doe 3, as identified in Exhibit A attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendant John Doe 3, as

identified in Exhibit A attached to the Complaint in the above-captioned action, with prejudice.

DATED this 24th day of February, 2015.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail:  david.thunderlaw@gmail.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *David J. Stephenson, Jr.*