THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00145-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-2, 4-6, and 8-12,

    Defendants.

---

**ORDER**

---

**Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is Plaintiff's Motion for Leave to Take Further Limited Expedited Discovery Prior to Rule 26(f) Conference [filed March 27, 2015; docket #16].

    After review of the motion, the Court finds that Plaintiff establishes good cause for limited expedited discovery. Therefore, Plaintiff's motion is **granted** as follows. The Plaintiff may serve third party subpoenas pursuant to Fed. R. Civ. P. 45 on ExecNet, with the limited purpose of ascertaining the identity of John Doe 10, as identified by the IP address listed in Docket #1-1. The subpoena shall be limited to providing Plaintiff with the name, address, telephone number, and email address of any tenant in ExecNet's Colorado Springs, Colorado Sagebrook property who would have had access to the IP address of John Doe 10 that is listed on Docket #1-1, or, in the alternative, if ExecNet does not have possession, custody, or control of such information, but reasonably believes that it knows of a third party that does, providing

Plaintiff with the name, address, telephone number, and e-mail address of any such third party. With the subpoena, Plaintiff shall also serve a copy of this Order. ExecNet shall notify any person whose identity falls within the scope of the subpoena that his/her identity has been subpoenaed by the Plaintiff. Finally, the Court emphasizes that Plaintiff may only use the information disclosed in response to the subpoena for the purpose of protecting and enforcing its rights as set forth in its Complaint [docket #1]. The Court cautions Plaintiff that improper use of this information may result in sanctions.

Dated at Denver, Colorado this 27th day of March, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge