IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00145-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

ALYCIA HALL,

    Defendant.

---

**ORDER DISMISSING PARTY WITH PREJUDICE AND CLOSING CASE**

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal of Defendant Alycia Hall and the Action With Prejudice (ECF No. 44), filed on October 8, 2015.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Alycia Hall shall be **DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

ORDERED that Defendant Alycia Hall is **DISMISSED WITH PREJUDICE** from this action.  No other defendants remain in this action.  Therefore, it is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of Alycia Hall and close the case.

Dated: October 14, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge